IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CR234

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) vs. ) ) ) GARY VINCENT SPAN, ) ) Defendant. ) ) | **Order** |

This matter is before the court on defendant's Motion to Suppress Tangible Evidence and Statements (#11), a motion that was heard and considered in court on November 05, 2012. Having considered the pleadings and the evidence presented in court, and in light of the Supreme Court's holding in <u>Maryland v. Wilson</u>, 519 U.S. 408 (1997), the court will deny motion. The court finds there was nothing improper about the traffic stop in question or how the evidence at issue was obtained.

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Suppress Tangible Evidence and Statements (#11) is **DENIED**.

Signed: November 13, 2012

Max O. Cogburn Jr.
United States District Judge